**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HYUNDAI MOTOR AMERICA, INC., et al., | ) | Case No. 2:16-cv-02531-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| ISHER TRADING LLC, | ) | |
| Defendant(s). | ) | |

Plaintiff filed a returned summons showing a service date of November 2, 2016.  Docket No. 7. Defendant has not appeared in this action and Plaintiff has not filed a motion for default or otherwise advanced the case.  Accordingly, no later than January 13, 2017, Plaintiff shall file a status report, a request for entry of default, or dismissal papers.

IT IS SO ORDERED.

DATED: December 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge