# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Hyundai Motor America, Inc.,
Hyundai Motor Company

Plaintiffs,

**DEFAULT JUDGMENT IN A CIVIL CASE**

V.

Isher Trading LLC

Case Number: 2:16-cv-02531-JCM-NJK

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered in favor of plaintiffs Hyundai Motor America, Inc. and Hyundai Motor Company against defendant Isher Trading LLC, pursuant to Order #33 entered August 24, 2017.

| August 24, 2017 | /s/ Debra K. Kempi |
|---|---|
| Date | Clerk |
| | /s/ M. Morrison |
| | (By) Deputy Clerk |